UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDA C. ARMSTEAD,

                Petitioner,

        -against-                          20-CV-10647 (CM)

HONORABLE JUDGE ALVIN K.              ORDER
HELLERSTEIN,

                Respondent.

COLLEEN McMAHON, Chief United States District Judge:

      Petitioner brings this action *pro se*. On December 15, 2020, the Court received a single submission from Petitioner, but it was docketed twice and opened as two new civil actions: ECF 1:20-CV-10633 (UA) and ECF 1:20-CV-10647 (CM). The Court has reviewed the submissions in both actions and concludes that because they are identical, this action (ECF 1:20-CV-10647 (CM)) was opened in error. The Court therefore directs the Clerk of Court to administratively close this action, ECF 1:20-CV-10647 (CM).

## CONCLUSION

      The Court directs the Clerk of Court to mail a copy of this order to Petitioner and note service on the docket.

      The Court further directs the Clerk of Court to administratively close this action, ECF 1:20-CV-10647 (CM).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  December 18, 2020
        New York, New York

                                            COLLEEN McMAHON
                                       Chief United States District Judge